AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| JIANG HAI SHUE,<br>on his own behalf and on behalf of others similarly situated<br><br>*Plaintiff(s)*<br><br>v.<br><br>EMMA'S RESTAURNT GROUP LLC, HOMURA ENTERPRISE INC., MPM RESTAURANT GROUP INC., PEI FWU CHEN, and ADA LIU<br><br>*Defendant(s)* | Civil Action No. 25-cv-03290 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    TROY LAW, PLLC
John Troy
41-25 Kissena Boulevard
Suite 110
Flushing, NY 11355
Tel: (718) 762-1324

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/22/2025                      *Tammi M. Hellwig*          /s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*

**EMMA'S RESTAURNT GROUP LLC d/b/a Mister Chen**
128 Moorland Drive, Scarsdale, NY 10583

**HOMURA ENTERPRISE INC. d/b/a Mister Chen Express**
96-100 Garth Road, Scarsdale, NY 10583

**MPM RESTAURANT GROUP INC. d/b/a Mister Chen Express**
102 Garth Road, Scarsdale, NY 10583

**PEI FWU CHEN a/k/a Paul Chen a/k/a Peitao Chen a/k/a Peifwu Chen**
128 Moorland Drive, Scarsdale, NY 10583
96-100 Garth Road, Scarsdale, NY 10583
102 Garth Road, Scarsdale, NY 10583

**ADA LIU**
128 Moorland Drive, Scarsdale, NY 10583
96-100 Garth Road, Scarsdale, NY 10583
102 Garth Road, Scarsdale, NY 10583